Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-17279 (JNP)**

Kenneth E. Kanaszka, Sr. and Patricia A. Kanaszka  
2 North Fork Road  
Laurel Springs, NJ  08021

Monthly Payment: $643.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/22/2019 | $588.00 | 07/01/2019 | $643.00 | 07/30/2019 | $647.00 | 08/13/2019 | $643.00 |
| 09/18/2019 | $643.00 | 11/13/2019 | $643.00 | 11/25/2019 | $170.55 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KENNETH E. KANASZKA, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | C&H COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | 24 | $354.08 | $47.35 | $306.73 | $45.31 |
| 3 | COOPER UNIVERSITY PHYSICIANS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | TOWNSHIP OF GLOUCESTER | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ASSETS RECOVERY 23, LLC | 24 | $4,552.99 | $608.70 | $3,944.29 | $582.51 |
| 6 | PLANET HOME LENDING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Qual Ast Rec | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUALITY ASSET RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CAMDEN COUNTY MUA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | THE COOPER HEALTH SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | GLOUCESTER TOWNSHIP | 24 | $1,355.76 | $181.26 | $1,174.50 | $173.46 |
| 12 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | KENNETH E KANASZKA SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PATRICIA A. KANASZKA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. BANK AS CUSTOMER FOR TOWER DBW | 24 | $21,073.18 | $2,817.35 | $18,255.83 | $2,696.13 |
| 18 | ASHLEY FUNDING SERVICES, LLC | 33 | $7.71 | $0.00 | $7.71 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 1.00 | $0.00 |
| 06/01/2019 | Paid to Date | $588.00 |
| 07/01/2019 | 58.00 | $643.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,977.55 |
| Total paid to creditors this period: | $3,497.41 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,111.45 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**