UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Asset Recovery 23, LLC

In Re:

Kenneth Kanaszka & Patricia Kanaszka,

Debtors.

Case No.:     19-17279-JNP

Chapter:     13

Hearing Date:     4/14/2020

Judge:     Poslusny

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief re: 2 North Fork Road, Laurel Springs, NJ (Docket # 18)

_____

Date: 4/9/2020                               /s/ Denise Carlon
                                             Signature

*rev.8/1/15*