UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Assets Recovery 23 LLC

In Re:

Kenneth Kanaszka & Patricia Kanaszka,

Debtors.

Case No.: _____19-17279-JNP_____

Chapter: _____13_____

Hearing Date: _____n/a_____

Judge: _____Poslusny_____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 24)

_____

Date: 4/2/2021          /s/ Denise Carlon
                        Signature

*rev.8/1/15*