UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that _____ will be substituted as attorney of record for _____, _____ in this case. [1]

Date: _____     _____
                                                                                  Signature of Former Attorney

Date: _____     _____
                                                                                  Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

## Select a Case

There were 2 matching persons.

There were 346 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Rogers, Joseph F. Jr. (pty) (1 case) | 21-18164-JNP | Joseph F. Rogers, Jr. and Jennifer Rogers | 13 | 10/20/21 | Debtor | N / A |
| Rogers, Joseph J. (aty) (345 cases) | 15-24312-JNP | Angela R. Maccarone | 7 | 07/30/15 | N / A | N / A |
| | 16-23739-JNP | Carla M. Colon | 13 | 07/18/16 | N / A | N / A |
| | 16-23988-JNP | Sakina N. Davis | 13 | 07/21/16 | N / A | N / A |
| | 16-29008-JNP | Arthur Flemming | 13 | 10/04/16 | N / A | N / A |
| | 17-19166-JNP | Arelis Ramos | 13 | 05/03/17 | N / A | N / A |
| | 17-21374-JNP | Mark F. Dority | 13 | 06/01/17 | N / A | N / A |
| | 17-30390-JNP | Alison Freadhoff | 13 | 10/06/17 | N / A | N / A |
| | 17-31085-JNP | Richard G. Olson and Stephannie A. Olson | 13 | 10/17/17 | N / A | N / A |
| | 17-31187-JNP | Paul R. Cox and Jacqueline DePierri | 13 | 10/19/17 | N / A | N / A |
| | 17-32406-JNP | Michael Kull and Vicki Kull | 13 | 11/03/17 | N / A | N / A |
| | 17-32407-JNP | Dwayne J. Pettit and Kierra P. Pettit | 13 | 11/03/17 | N / A | N / A |
| | 17-33670-JNP | Johnny P. Hatcher | 13 | 11/22/17 | N / A | N / A |
| | 17-34559-JNP | Carmen V. Tice | 13 | 12/06/17 | N / A | N / A |
| | 17-34729-MBK | Ashley H. Allison and Pamela J. Allison | 13 | 12/08/17 | N / A | N / A |
| | 17-35313-JNP | Jeffery K Whittle, Sr | 13 | 12/18/17 | N / A | N / A |
| | 18-10086-JNP | Katina D. Mateo | 13 | 01/02/18 | N / A | N / A |
| | 18-10502-JNP | Joseph C. Vietro and Nancy M. Vietro | 13 | 01/09/18 | N / A | N / A |
| | 18-10815-JNP | Kara F. Carr | 13 | 01/15/18 | N / A | N / A |

| Case Number | Debtor(s) | Chapter | Filed | | |
|---|---|---|---|---|---|
| 18-10815-JNP | Kara L. ... | | 01/15/18 | N / A | N / A |
| 18-11038-JNP | Darren K Smith | 13 | 01/18/18 | N / A | N / A |
| 18-11259-JNP | Ezequiel Canales and Simona Canales | 13 | 01/22/18 | N / A | N / A |
| 18-12298-JNP | Karen B. Brown | 13 | 02/05/18 | N / A | N / A |
| 18-13005-JNP | Michael S. Quigley and Norma J. Quigley | 13 | 02/15/18 | N / A | N / A |
| 18-13321-JNP | Michael S. Hollie | 13 | 02/21/18 | N / A | N / A |
| 18-17949-JNP | Michael P Diamond, Jr. and Laura E Diamond | 13 | 04/20/18 | N / A | N / A |
| 18-18297-JNP | Christine L Dahl | 13 | 04/25/18 | N / A | N / A |
| 18-20165-JNP | Carol S Johnson | 13 | 05/18/18 | N / A | N / A |
| 18-20644-JNP | James M Nelson | 13 | 05/25/18 | N / A | N / A |
| 18-21306-MBK | April S Higginbotham | 13 | 06/04/18 | N / A | N / A |
| 18-21395-JNP | Barbara A Finch | 13 | 06/05/18 | N / A | N / A |
| 18-21438-JNP | Tina M Flaherty | 13 | 06/05/18 | N / A | N / A |
| 18-21597-JNP | Stephen D Magid and Janelle M Magid | 13 | 06/07/18 | N / A | N / A |
| 18-21837-JNP | Damon D Newkirk | 13 | 06/12/18 | N / A | N / A |
| 18-21877-JNP | Vickie S Correll | 13 | 06/12/18 | N / A | N / A |
| 18-22841-JNP | Keisha L Christian and Gina M Christian | 13 | 06/26/18 | N / A | N / A |
| 18-23850-JNP | Kenneth M Austin and Patricia A Austin | 13 | 07/11/18 | N / A | N / A |
| 18-23856-JNP | Robert S Borowik | 13 | 07/11/18 | N / A | N / A |
| 18-24289-JNP | Carl J Harris and Samantha A Harris | 13 | 07/17/18 | N / A | N / A |
| 18-25070-JNP | Sharon L Pollard | 13 | 07/30/18 | N / A | N / A |
| 18-25729-JNP | William E. Chandler and Andrea R Chandler | 13 | 08/06/18 | N / A | N / A |
| 18-25931-JNP | Melorra Stevenson | 13 | 08/08/18 | N / A | N / A |
| 18-26326-JNP | Rosamond U Kargbo | 13 | 08/15/18 | N / A | N / A |
| 18-27072-JNP | Alieu B. Mustapha and Rosetta R Mustapha | 13 | 08/25/18 | N / A | N / A |
| 18-27259-JNP | Stephen B Lender and Theresa H Lender | 13 | 08/28/18 | N / A | N / A |
| 18-27892-JNP | Roy A Alloway | 13 | 09/06/18 | N / A | N / A |

| Case No. | Debtor(s) | Ch. | Filed | | |
|---|---|---|---|---|---|
| 18-28063-JNP | Laureen M Lubrano | 13 | 09/10/18 | N / A | N / A |
| 18-28505-JNP | Alby Ankrah | 13 | 09/17/18 | N / A | N / A |
| 18-29728-JNP | Claudette M. Marino | 13 | 10/03/18 | N / A | N / A |
| 18-29908-JNP | Scott W. Graham, Sr. and Elaine E. Graham | 13 | 10/05/18 | N / A | N / A |
| 18-30218-JNP | Robert C Becker, Sr. and Angela M Becker | 13 | 10/10/18 | N / A | N / A |
| 18-30496-JNP | Eric S Tims and Richelle L Tims | 13 | 10/15/18 | N / A | N / A |
| 18-30593-JNP | Darren L Rabinowitz | 13 | 10/16/18 | N / A | N / A |
| 18-30615-JNP | Jason P Power and Kelly L Power | 13 | 10/16/18 | N / A | N / A |
| 18-31010-JNP | Delbert Woodard, Jr. and Elsabet Petros | 13 | 10/22/18 | N / A | N / A |
| 18-31939-JNP | Joel C. Santos and Annaliza P. Santos | 13 | 11/03/18 | N / A | N / A |
| 18-31944-JNP | Scott G Payne | 13 | 11/03/18 | N / A | N / A |
| 18-31945-JNP | Tina M Williams | 13 | 11/03/18 | N / A | N / A |
| 18-32090-JNP | Danielle F. Bailey | 13 | 11/06/18 | N / A | N / A |
| 18-33020-JNP | Roxanne Randazzo | 13 | 11/21/18 | N / A | N / A |
| 18-33059-JNP | Nicholas J Megara and Shannon N Megara | 13 | 11/21/18 | N / A | N / A |
| 18-33067-JNP | Michael D. Jefferson, Jr. | 13 | 11/21/18 | N / A | N / A |
| 18-33174-JNP | Gloria Johnson | 13 | 11/26/18 | N / A | N / A |
| 18-33501-JNP | Anthony F Macera, Jr. and Aldonna M Macera | 13 | 11/29/18 | N / A | N / A |
| 18-34147-JNP | Paul I Singh and Briana H Singh | 13 | 12/07/18 | N / A | N / A |
| 18-34430-JNP | Kelly L Oulahan | 13 | 12/12/18 | N / A | N / A |
| 18-35065-JNP | Megan E. Thornton | 13 | 12/24/18 | N / A | N / A |
| 19-11026-JNP | Tamara Houston | 13 | 01/17/19 | N / A | N / A |
| 19-11038-JNP | Gloria Jones | 13 | 01/17/19 | N / A | N / A |
| 19-11154-JNP | Michael R Smith and Kelly A Hamburg | 13 | 01/18/19 | N / A | N / A |
| 19-11308-JNP | John P Griebau, Sr. | 13 | 01/22/19 | N / A | N / A |
| 19-11576-JNP | Robert T Parkhurst, Jr. | 13 | 01/25/19 | N / A | N / A |
| 19-11776-JNP | Shavon Diane Thornton | 13 | 01/29/19 | N / A | N / A |

| Case Number | Debtor(s) | Ch | Filed | | |
|---|---|---|---|---|---|
| 19-11806-JNP | Cynthia J King | 13 | 01/29/19 | N / A | N / A |
| 19-12466-JNP | Mark Giannone and Michele G Giannone | 13 | 02/05/19 | N / A | N / A |
| 19-12474-JNP | Joshua Sequinot | 13 | 02/05/19 | N / A | N / A |
| 19-12756-JNP | Sheral A Jackson | 13 | 02/08/19 | N / A | N / A |
| 19-12894-JNP | Darrell Williams and Twila M Williams | 13 | 02/12/19 | N / A | N / A |
| 19-12987-JNP | Diana L Washart | 13 | 02/13/19 | N / A | N / A |
| 19-13219-JNP | Jeffrey M Jones | 13 | 02/15/19 | N / A | N / A |
| 19-14437-JNP | Roxann Simpson | 13 | 03/05/19 | N / A | N / A |
| 19-14477-JNP | Alexis Mendez | 13 | 03/05/19 | N / A | N / A |
| 19-14622-JNP | Kia R Gore-Lipscomb | 13 | 03/07/19 | N / A | N / A |
| 19-15400-JNP | Raymond T Yates and Dawn M Yates | 13 | 03/18/19 | N / A | N / A |
| 19-15451-JNP | Casey A Jones | 13 | 03/18/19 | N / A | N / A |
| 19-16143-JNP | Tosha N Simmons | 13 | 03/27/19 | N / A | N / A |
| 19-16376-JNP | Angelo F Milicia | 13 | 03/29/19 | N / A | N / A |
| 19-16720-JNP | Wanda R. Roberts | 13 | 04/02/19 | N / A | N / A |
| 19-16744-JNP | Timothy A Weatherby, Jr. and Sherry M Weatherby | 13 | 04/02/19 | N / A | N / A |
| 19-16971-JNP | Vincent L Mumford | 13 | 04/05/19 | N / A | N / A |
| 19-17218-JNP | Matthew J Bove and Jacqueline Bove | 13 | 04/09/19 | N / A | N / A |
| 19-17279-JNP | Kenneth E Kanaszka, Sr. and Patricia A Kanaszka | 13 | 04/10/19 | N / A | N / A |
| 19-17542-JNP | Emanuel C Ross | 13 | 04/14/19 | N / A | N / A |
| 19-17990-JNP | Javonda K McWhorter | 13 | 04/19/19 | N / A | N / A |
| 19-17996-JNP | Joshua D DiCamillo and Rachonda D Coleman-DiCamillo | 13 | 04/19/19 | N / A | N / A |
| 19-18279-JNP | Claudzell Oliver | 13 | 04/24/19 | N / A | N / A |
| 19-18339-MBK | Lisa D Pritchett | 13 | 04/25/19 | N / A | N / A |
| 19-19010-JNP | Joseph F. Spears, Sr. | 13 | 05/02/19 | N / A | N / A |
| 19-19021-JNP | Nicholas G. Wood and Kristin R. Wood | 13 | 05/02/19 | N / A | N / A |
| 19-19026-JNP | Tomeeka L. Collins | 13 | 05/02/19 | N / A | N / A |

| Case | Name | Ch | Date | | |
|---|---|---|---|---|---|
| 19-19314-JNP | Kevin Blaylock | 13 | 05/07/19 | N / A | N / A |
| 19-19338-JNP | Trina D Herring | 13 | 05/07/19 | N / A | N / A |
| 19-19351-JNP | Jennifer M McFarland | 13 | 05/07/19 | N / A | N / A |
| 19-19594-JNP | Michael Wade, Sr. | 13 | 05/10/19 | N / A | N / A |
| 19-20971-JNP | Sandra Leady | 13 | 05/31/19 | N / A | N / A |
| 19-21262-JNP | Diane Pileggi | 13 | 06/04/19 | N / A | N / A |
| 19-21271-JNP | Karen Richardson | 13 | 06/04/19 | N / A | N / A |
| 19-21571-JNP | L Ronald Mancini | 13 | 06/10/19 | N / A | N / A |
| 19-21658-JNP | Francis M Kerns and Joanne Kerns | 13 | 06/11/19 | N / A | N / A |
| 19-21808-JNP | Joy A. McCurry | 13 | 06/13/19 | N / A | N / A |
| 19-21847-JNP | Patricia J Amos-Abanyie | 13 | 06/13/19 | N / A | N / A |
| 19-21849-JNP | Deborah McClernan | 13 | 06/13/19 | N / A | N / A |
| 19-22617-JNP | William E Barney | 13 | 06/26/19 | N / A | N / A |
| 19-22623-JNP | Michael J Reynolds | 13 | 06/26/19 | N / A | N / A |
| 19-22742-JNP | Teresa J Masker | 13 | 06/27/19 | N / A | N / A |
| 19-22862-JNP | Sheresee D Shepherd | 13 | 06/28/19 | N / A | N / A |
| 19-23713-JNP | Robert W Stokley | 13 | 07/15/19 | N / A | N / A |
| 19-23724-JNP | Delfina Fanty | 13 | 07/15/19 | N / A | N / A |
| 19-24259-JNP | Omar W Hicks and Muhsinah R Hicks | 13 | 07/23/19 | N / A | N / A |
| 19-24451-JNP | Michael A Pallante and Donna M Pallante | 13 | 07/25/19 | N / A | N / A |
| 19-24486-JNP | Nathan E. Buck and Brittany N. Buck | 13 | 07/26/19 | N / A | N / A |
| 19-25156-JNP | Nakita Benton-Leggette | 13 | 08/05/19 | N / A | N / A |
| 19-25159-JNP | Joseph A Petruzzo | 13 | 08/05/19 | N / A | N / A |
| 19-25206-JNP | Cynthia Cole | 13 | 08/06/19 | N / A | N / A |
| 19-25307-JNP | Dawn R. Robinson | 13 | 08/07/19 | N / A | N / A |
| 19-25452-JNP | William J Leighton | 13 | 08/09/19 | N / A | N / A |
| 19-25770-JNP | Henry C Schaber and Mary Anna T Schaber | 13 | 08/15/19 | N / A | N / A |
| 19-25953-JNP | Brian M Troutman | 13 | 08/19/19 | N / A | N / A |
| 19-26165-JNP | David H Conley | 13 | 08/22/19 | N / A | N / A |

| Case No. | Debtor(s) | Ch. | Filed | | |
|---|---|---|---|---|---|
| 19-26267-JNP | Vincent M Goldman and Beverly J Goldman | 13 | 08/23/19 | N / A | N / A |
| 19-26357-JNP | Ericka Jones | 13 | 08/26/19 | N / A | N / A |
| 19-27604-JNP | Kevin O Goins and Stephenie Goins | 13 | 09/13/19 | N / A | N / A |
| 19-28361-JNP | Kareem A Jackson and Carmen I Jackson | 13 | 09/27/19 | N / A | N / A |
| 19-28559-MBK | Florencio Fernandez and Jatska L. Fernandez | 13 | 09/30/19 | N / A | N / A |
| 19-28716-JNP | Carol D Romaine | 13 | 10/01/19 | N / A | N / A |
| 19-28789-JNP | John D McLaughlin, Jr. and Concetta McLaughlin | 13 | 10/02/19 | N / A | N / A |
| 19-28913-JNP | Andrea Naylor | 13 | 10/04/19 | N / A | N / A |
| 19-29056-JNP | John J VanLeer | 13 | 10/08/19 | N / A | N / A |
| 19-29339-JNP | Edward L Darden | 13 | 10/11/19 | N / A | N / A |
| 19-29534-JNP | Eduardo J Morales and Barbara C Rojas | 13 | 10/15/19 | N / A | N / A |
| 19-29659-JNP | Donna C Poli | 13 | 10/17/19 | N / A | N / A |
| 19-30718-JNP | Frank Dumas | 13 | 10/31/19 | N / A | N / A |
| 19-31175-JNP | Christiana M Miller | 13 | 11/08/19 | N / A | N / A |
| 19-31296-JNP | Thomas W Forster, Jr. and Susan M Forster | 13 | 11/11/19 | N / A | N / A |
| 19-31367-JNP | Toni R Dixon | 13 | 11/12/19 | N / A | N / A |
| 19-31393-JNP | Lester L Collins, Jr. and Viola S Collins | 13 | 11/13/19 | N / A | N / A |
| 19-32237-JNP | Jason C Nessler | 13 | 11/26/19 | N / A | N / A |
| 19-33578-JNP | Richard M Zammer | 13 | 12/20/19 | N / A | N / A |
| 19-33776-JNP | Richard Paxson | 13 | 12/26/19 | N / A | N / A |
| 19-34043-JNP | Salvador Pou | 13 | 12/31/19 | N / A | N / A |
| 20-10159-JNP | James B Tanner | 13 | 01/06/20 | N / A | N / A |
| 20-10936-JNP | Frederick W Webb | 13 | 01/21/20 | N / A | N / A |
| 20-11437-JNP | Juanita Carmona | 13 | 01/29/20 | N / A | N / A |
| 20-12238-JNP | Mark E. Armbruster | 13 | 02/11/20 | N / A | N / A |
| 20-12689-JNP | Michele Taylor | 13 | 02/18/20 | N / A | N / A |
| 20-12796-JNP | Nicholas F. Piliro | 13 | 02/19/20 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 20-13127-JNP | Gregory A Young and Denise T Young | 13 | 02/25/20 | N / A | N / A |
| 20-13571-JNP | Antonio E Morales | 13 | 03/02/20 | N / A | N / A |
| 20-14118-JNP | Ferdinand H Propert | 13 | 03/10/20 | N / A | N / A |
| 20-14122-JNP | Betty E. Rosser | 13 | 03/10/20 | N / A | N / A |
| 20-14447-JNP | Lisa E. Powell-Mehra | 13 | 03/16/20 | N / A | N / A |
| 20-14450-JNP | Nicole D Reynolds | 13 | 03/16/20 | N / A | N / A |
| 20-14455-JNP | Lisa Marie Orsi | 13 | 03/16/20 | N / A | N / A |
| 20-14511-JNP | Stephanie Streahle | 13 | 03/17/20 | N / A | N / A |
| 20-15409-JNP | Karen L Dambach | 13 | 04/08/20 | N / A | N / A |
| 20-15413-JNP | Gary S. Wright | 13 | 04/08/20 | N / A | N / A |
| 20-15507-JNP | Richard W. Kosma and Deborah M. Kosma | 13 | 04/10/20 | N / A | N / A |
| 20-15831-JNP | Mary A. Jones | 13 | 04/24/20 | N / A | N / A |
| 20-15935-JNP | Timothy J Broughton and Dawn R Broughton | 13 | 04/29/20 | N / A | N / A |
| 20-15944-JNP | James L. Stephens | 13 | 04/29/20 | N / A | N / A |
| 20-16034-JNP | Rebecca M. Lozano | 13 | 04/30/20 | N / A | N / A |
| 20-16046-JNP | Deitra C. Sydnor | 13 | 04/30/20 | N / A | N / A |
| 20-16188-JNP | Tamia L. Caviness | 13 | 05/04/20 | N / A | N / A |
| 20-16670-JNP | Jennifer M. Storm | 13 | 05/19/20 | N / A | N / A |
| 20-16700-JNP | Henry Wilmer | 13 | 05/20/20 | N / A | N / A |
| 20-16755-JNP | Erika V Hershey | 13 | 05/22/20 | N / A | N / A |
| 20-16846-JNP | Tanniel Clark | 7 | 05/27/20 | N / A | N / A |
| 20-17015-JNP | Jimmie Lee Headen | 13 | 05/29/20 | N / A | N / A |
| 20-17315-JNP | Anthony W Keller, Sr and Kimberly Keller | 13 | 06/07/20 | N / A | N / A |
| 20-18077-JNP | Jose J. Cintron and Luz N. Cintron | 13 | 06/30/20 | N / A | N / A |
| 20-18898-JNP | Donnamarie V. Pantaleo | 13 | 07/25/20 | N / A | N / A |
| 20-19032-JNP | Donna M. Bowen | 13 | 07/30/20 | N / A | N / A |
| 20-19033-JNP | Carol Iannaco | 13 | 07/30/20 | N / A | N / A |
| 20-19034-JNP | Feliscia Perez | 13 | 07/30/20 | N / A | N / A |
| 20-19578-JNP | Roger D Call and Georgia M Call | 13 | 08/14/20 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 20-20408-JNP | Shaun R Pomykala | 13 | 09/09/20 | N / A | N / A |
| 20-20897-JNP | Michelle Moore | 13 | 09/24/20 | N / A | N / A |
| 20-20979-JNP | Donald Hugh Degnan and Jessica Maxine Ingrum | 13 | 09/28/20 | N / A | N / A |
| 20-21230-JNP | Jose Ortiz and Natalie Ortiz | 13 | 10/01/20 | N / A | N / A |
| 20-22394-JNP | Christine Patton | 13 | 11/04/20 | N / A | N / A |
| 20-22577-JNP | Douglas Foster and Christina Foster | 13 | 11/11/20 | N / A | N / A |
| 20-23634-JNP | Carol Y Taylor | 13 | 12/16/20 | N / A | N / A |
| 20-23921-JNP | Henry L. Edmonds | 13 | 12/28/20 | N / A | N / A |
| 21-10556-JNP | Donna Flinn | 13 | 01/22/21 | N / A | N / A |
| 21-10842-JNP | Jed Novak and Christine A. Novak | 7 | 01/29/21 | N / A | N / A |
| 21-11157-JNP | Prabakaran Kesavan | 13 | 02/11/21 | N / A | N / A |
| 21-12247-JNP | Theresa Lynne Stagliano | 13 | 03/19/21 | N / A | N / A |
| 21-13297-JNP | Clarence Benson and Carol Benson | 13 | 04/22/21 | N / A | N / A |
| 21-13467-JNP | Wayne A. Anderson, Sr. and Nancy L. Anderson | 13 | 04/28/21 | N / A | N / A |
| 21-13958-JNP | Donald J. Boothroyd | 13 | 05/13/21 | N / A | N / A |
| 21-14279-JNP | Ricky Fenner | 13 | 05/24/21 | N / A | N / A |
| 21-14638-JNP | Darlene Bryant | 13 | 06/04/21 | N / A | N / A |
| 21-15123-JNP | Paul Rotonda | 13 | 06/23/21 | N / A | N / A |
| 21-15380-JNP | Julio F Martinez and Diana P Martinez | 13 | 06/30/21 | N / A | N / A |
| 21-15840-JNP | Dawn M Grady | 13 | 07/20/21 | N / A | N / A |
| 21-15988-JNP | Nadia A Klemash | 13 | 07/27/21 | N / A | N / A |
| 21-16082-JNP | Robyn L. Burroughs | 13 | 07/29/21 | N / A | N / A |
| 21-16340-JNP | Colleen L Ford | 13 | 08/06/21 | N / A | N / A |
| 21-16489-JNP | Miguel A Mota and Judith C. Mota | 13 | 08/13/21 | N / A | N / A |
| 21-16574-JNP | Michael R. Keller | 13 | 08/18/21 | N / A | N / A |
| 21-16658-JNP | Bindu H Borbor | 13 | 08/20/21 | N / A | N / A |
| 21-16802-JNP | Judith G Richter | 7 | 08/26/21 | N / A | N / A |
| 21-16882-JNP | George J Flinn | 7 | 08/30/21 | N / A | N / A |

| Case | Debtor | Ch | Filed | | |
|---|---|---|---|---|---|
| 21-17265-JNP | Patrick J. Reed and Megan M. Reed | 13 | 09/15/21 | N / A | N / A |
| 21-17321-JNP | Mary T Deery | 13 | 09/17/21 | N / A | N / A |
| 21-17359-JNP | Edward L Lemmerman, 3rd and Shannon M Lemmerman | 13 | 09/20/21 | N / A | N / A |
| 21-17647-JNP | Joseph C. Spino and Casey A. Spino | 13 | 09/30/21 | N / A | N / A |
| 21-17819-JNP | Caroline Mills | 13 | 10/06/21 | N / A | N / A |
| 21-17915-JNP | Jerry Stokes | 13 | 10/11/21 | N / A | N / A |
| 21-18705-JNP | Linda R. Ingram | 13 | 11/09/21 | N / A | N / A |
| 21-19010-JNP | Erica N. James | 13 | 11/22/21 | N / A | N / A |
| 22-10058-JNP | John H. Kuhlen, III and Melissa R. Kuhlen | 13 | 01/04/22 | N / A | N / A |
| 22-10139-JNP | Susan Esposito | 13 | 01/07/22 | N / A | N / A |
| 22-10196-JNP | Richard Houck and Jennifer Houck | 13 | 01/10/22 | N / A | N / A |
| 22-10222-JNP | Juan F. Jimenez | 13 | 01/11/22 | N / A | N / A |
| 22-10301-JNP | Sharon M. Nelson | 13 | 01/13/22 | N / A | N / A |
| 22-10308-JNP | Mark A Sadlowski | 13 | 01/14/22 | N / A | N / A |
| 22-10357-JNP | Britni N Parsons | 13 | 01/17/22 | N / A | N / A |
| 22-10468-JNP | Peter Gabriele, III | 13 | 01/20/22 | N / A | N / A |
| 22-11448-JNP | Lashawna Whitfield | 13 | 02/24/22 | N / A | N / A |
| 22-11557-JNP | Wesley Beckett, Jr. | 13 | 02/28/22 | N / A | N / A |
| 22-11606-JNP | James R. Kelly and Cheryl M. Kelly | 13 | 03/01/22 | N / A | N / A |
| 22-11767-JNP | Patrick J Murphy and Tiffany Murphy | 13 | 03/07/22 | N / A | N / A |
| 22-12064-JNP | Edward L. Small | 13 | 03/15/22 | N / A | N / A |
| 22-12867-JNP | Patricia Pitt | 13 | 04/08/22 | N / A | N / A |
| 22-13007-JNP | Triston A Watson | 13 | 04/13/22 | N / A | N / A |
| 22-13167-JNP | Amanda L. Evans | 13 | 04/19/22 | N / A | N / A |
| 22-13234-JNP | Rosina L Prato | 13 | 04/21/22 | N / A | N / A |
| 22-13425-JNP | Denise Buzz | 13 | 04/27/22 | N / A | N / A |
| 22-13440-JNP | John J. Higgins | 13 | 04/27/22 | N / A | N / A |
| 22-13782-JNP | Rejoice A Anasu | 13 | 05/10/22 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 22-13955-JNP | Michael B Bishop | 13 | 05/16/22 | N / A | N / A |
| 22-14012-JNP | William Council | 13 | 05/17/22 | N / A | N / A |
| 22-14255-JNP | Joseph P Bazard | 13 | 05/26/22 | N / A | N / A |
| 22-14258-JNP | Anthony Musumeci, Jr. | 13 | 05/26/22 | N / A | N / A |
| 22-14349-JNP | Scott J Valenti | 13 | 05/31/22 | N / A | N / A |
| 22-14420-JNP | Oscar A. Montanez | 13 | 06/02/22 | N / A | N / A |
| 22-14495-JNP | Kellie S. Green | 13 | 06/06/22 | N / A | N / A |
| 22-14716-JNP | Carlo A Giannotti | 13 | 06/08/22 | N / A | N / A |
| 22-14727-JNP | Michael S Gordon | 13 | 06/09/22 | N / A | N / A |
| 22-14821-JNP | Joan A. Cromwell | 13 | 06/13/22 | N / A | N / A |
| 22-14951-JNP | Dean A Madden, Sr. | 13 | 06/17/22 | N / A | N / A |
| 22-15362-JNP | Veronica Nelson | 13 | 07/01/22 | N / A | N / A |
| 22-15434-JNP | Darren R. Cooker and Lisa A. Cooker | 13 | 07/06/22 | N / A | N / A |
| 22-15571-JNP | Denene A. Spezio | 13 | 07/13/22 | N / A | N / A |
| 22-15761-JNP | Terrence Colon | 13 | 07/20/22 | N / A | N / A |
| 22-15938-JNP | William A. Gaskill and Michelle Gaskill | 13 | 07/27/22 | N / A | N / A |
| 22-16067-JNP | Cynthia Wood | 13 | 08/01/22 | N / A | N / A |
| 22-16199-JNP | April Mossman | 13 | 08/05/22 | N / A | N / A |
| 22-16254-JNP | Nieris N. Waller | 13 | 08/08/22 | N / A | N / A |
| 22-16523-JNP | Michael Quashie | 13 | 08/17/22 | N / A | N / A |
| 22-16774-JNP | Jennifer L. Elentrio | 13 | 08/26/22 | N / A | N / A |
| 22-16922-JNP | Bergina E. Kelly | 13 | 08/31/22 | N / A | N / A |
| 22-17270-JNP | Deanna Nardello | 7 | 09/14/22 | N / A | N / A |
| 22-17598-JNP | Andrew Hummel and Joshua Kochensparger | 13 | 09/26/22 | N / A | N / A |
| 22-17637-JNP | Kelsey E Breslin | 7 | 09/27/22 | N / A | N / A |
| 22-17650-JNP | Robert Nage, Jr. | 13 | 09/27/22 | N / A | N / A |
| 22-17715-JNP | Melanie Pintozzi | 13 | 09/29/22 | N / A | N / A |
| 22-17924-JNP | Adolph J Biernacki | 13 | 10/06/22 | N / A | N / A |
| 22-18395-MBK | Robert Sharp, Jr. and Catherine Sharp | 13 | 10/21/22 | N / A | N / A |
| 22-18435-JNP | Blair B. Linneman and Nicole Lynn Linneman | 13 | 10/25/22 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 22-18473-JNP | Esaias Smith and Velvet F. Smith | 13 | 10/25/22 | N / A | N / A |
| 22-18497-JNP | Alicia Guida | 13 | 10/26/22 | N / A | N / A |
| 22-18574-JNP | Margaret R. Fowler | 13 | 10/28/22 | N / A | N / A |
| 22-18856-JNP | Roger E Parrott | 13 | 11/08/22 | N / A | N / A |
| 22-18901-JNP | Tyrone Dickson | 7 | 11/09/22 | N / A | N / A |
| 22-18986-JNP | Michele Bernard | 13 | 11/11/22 | N / A | N / A |
| 22-19112-JNP | Richaelee Jones | 13 | 11/16/22 | N / A | N / A |
| 22-19181-JNP | Kamila White | 13 | 11/17/22 | N / A | N / A |
| 22-19239-JNP | Tawana M. Stevenson | 13 | 11/21/22 | N / A | N / A |
| 22-19338-JNP | Lauren Weeney | 13 | 11/23/22 | N / A | N / A |
| 22-19544-JNP | Peggy Birmingham | 13 | 12/01/22 | N / A | N / A |
| 22-19676-JNP | Michael P. Beck | 13 | 12/07/22 | N / A | N / A |
| 22-19839-JNP | Lisa G. Early | 13 | 12/13/22 | N / A | N / A |
| 22-19897-JNP | James F. Friel, Jr. | 13 | 12/15/22 | N / A | N / A |
| 22-20021-JNP | Yolanda Y. Kelly | 13 | 12/21/22 | N / A | N / A |
| 22-20152-JNP | Jose A Thomas and Sheria A. Thomas | 13 | 12/28/22 | N / A | N / A |
| 22-20233-JNP | Jordyn G Barnes | 13 | 12/30/22 | N / A | N / A |
| 23-10078-JNP | Eileen M. Giudice | 13 | 01/04/23 | N / A | N / A |
| 23-10172-JNP | La'Trease Chandler | 13 | 01/09/23 | N / A | N / A |
| 23-10249-JNP | Tracy Amato | 13 | 01/11/23 | N / A | N / A |
| 23-10353-JNP | Travis C. Hemphill and Dana E. Hemphill | 13 | 01/16/23 | N / A | N / A |
| 23-10357-JNP | Jacqueline Caddle | 13 | 01/16/23 | N / A | N / A |
| 23-10612-JNP | Veronica Sanchez | 13 | 01/24/23 | N / A | N / A |
| 23-10637-CMG | Nancy A. Zierdt | 13 | 01/25/23 | N / A | N / A |
| 23-10643-JNP | Denise Clayton | 13 | 01/25/23 | N / A | N / A |
| 23-10703-JNP | Sharon Nastasi-Corcoran | 13 | 01/27/23 | N / A | N / A |
| 23-10732-JNP | Sharon C Carolina-Jones | 13 | 01/30/23 | N / A | N / A |
| 23-10983-JNP | Rosalie Casamassima | 7 | 02/06/23 | N / A | N / A |
| 23-11138-JNP | Rosemary C Kiley | 7 | 02/10/23 | N / A | N / A |
| 23-11139-JNP | Christopher Hernandez | 7 | 02/10/23 | N / A | N / A |
| 23-11240-JNP | Thomas Marta | 13 | 02/15/23 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 23-11271-JNP | Amber Cooper | 7 | 02/17/23 | N / A | N / A |
| 23-11282-JNP | Robert Madden and Sherry Madden | 7 | 02/17/23 | N / A | N / A |
| 23-11291-JNP | Patricia L. Buchhofer | 13 | 02/17/23 | N / A | N / A |
| 23-11299-JNP | John P. Quattrone | 7 | 02/17/23 | N / A | N / A |
| 23-11328-JNP | David M. Phillips and Shannon A. Phillips | 7 | 02/20/23 | N / A | N / A |
| 23-11410-JNP | Robin Mazzenga | 7 | 02/22/23 | N / A | N / A |
| 23-11418-JNP | Skipper Schilling, Jr. | 13 | 02/23/23 | N / A | N / A |
| 23-11451-JNP | Teddy L. Romelus-Felix | 7 | 02/23/23 | N / A | N / A |
| 23-11489-JNP | Agnes M Eddowes | 13 | 02/24/23 | N / A | N / A |
| 23-11546-JNP | Brenda A. Silvera | 13 | 02/27/23 | N / A | N / A |
| 23-11727-JNP | Trishell N. Sconiers | 7 | 03/03/23 | N / A | N / A |
| 23-11734-JNP | James Marquez, 4th | 13 | 03/03/23 | N / A | N / A |
| 23-11820-JNP | Andrew C. Pizzo | 7 | 03/06/23 | N / A | N / A |
| 23-11868-JNP | Wayne A. Anderson, Sr. and Nancy L. Anderson | 13 | 03/07/23 | N / A | N / A |
| 23-11916-JNP | Jessica Seltzer | 7 | 03/09/23 | N / A | N / A |
| 23-11983-JNP | Edward J. Marker | 7 | 03/10/23 | N / A | N / A |
| 23-12030-JNP | Shirley G. Dilks | 13 | 03/13/23 | N / A | N / A |
| 23-12062-JNP | Dominique M. Jones | 7 | 03/14/23 | N / A | N / A |
| 23-12090-JNP | Salvatore Principato, Jr. | 13 | 03/14/23 | N / A | N / A |
| 23-12132-JNP | Juliana Collins | 13 | 03/15/23 | N / A | N / A |
| 23-12133-JNP | Robert McCourt and Amanda McCourt | 13 | 03/15/23 | N / A | N / A |
| 23-12215-JNP | Joanna L. Powell-Chestnut | 7 | 03/17/23 | N / A | N / A |
| 23-12311-JNP | Wesley J Stone | 13 | 03/21/23 | N / A | N / A |
| 23-12506-JNP | Anatilde Acevedo | 13 | 03/28/23 | N / A | N / A |
| 23-12560-JNP | Robert Mewborn | 13 | 03/29/23 | N / A | N / A |
| 23-12589-JNP | Denise Dones | 7 | 03/29/23 | N / A | N / A |
| 23-12632-JNP | Joseph V Loscalzo and Victoria A. Loscalzo | 7 | 03/30/23 | N / A | N / A |
| 23-12633-JNP | Marva L. Teacher | 7 | 03/30/23 | N / A | N / A |
| 23-12716-KCF | Laura Marie DeMonaco | 7 | 03/31/23 | N / A | N / A |
| 23-12866-JNP | Norman R. Kuss | 7 | 04/05/23 | N / A | N / A |

| Case | Name | Chapter | Date | | |
|---|---|---|---|---|---|
| [23-13145-JNP](#) | Kimberly A Martin | 7 | 04/17/23 | N / A | N / A |
| [23-13176-JNP](#) | Jane Yearicks and Ashley B. Yearicks | 7 | 04/17/23 | N / A | N / A |
| [23-13215-MBK](#) | Mark K. Adams and Michele M. Adams | 13 | 04/18/23 | N / A | N / A |
| [23-13253-JNP](#) | Dana Jackson | 13 | 04/19/23 | N / A | N / A |
| [23-13308-JNP](#) | Melvin J. Ford and Florence Denise Ford | 13 | 04/20/23 | N / A | N / A |
| [23-13344-JNP](#) | Timothy A. Hall | 7 | 04/21/23 | N / A | N / A |
| [23-13351-JNP](#) | Taylor M Lattany | 13 | 04/21/23 | N / A | N / A |
| [23-13454-JNP](#) | Ryan Wildermuth | 7 | 04/24/23 | N / A | N / A |
| [23-13471-JNP](#) | Jamie L. Fink | 7 | 04/24/23 | N / A | N / A |
| [23-13590-JNP](#) | Russell E. Hunt | 13 | 04/27/23 | N / A | N / A |
| [23-13594-JNP](#) | Tatiana Council | 7 | 04/27/23 | N / A | N / A |
| [23-13604-JNP](#) | Janae D. Woods | 13 | 04/27/23 | N / A | N / A |
| [23-13611-JNP](#) | Ella Baker | 7 | 04/27/23 | N / A | N / A |
| [23-13617-KCF](#) | Denise M. Picciotti | 7 | 04/27/23 | N / A | N / A |
| [23-13646](#) | Jennifer M McFarland | 13 | 04/28/23 | N / A | N / A |

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| 04/28/2023 11:39:56 | |
| **PACER Login:** | Jrogers168 |
| **Client Code:** | |
| **Description:** | Search |
| **Search Criteria:** | LName: Rogers FName: Joseph Open Cases: included |
| **Billable Pages:** | 7 |
| **Cost:** | 0.70 |