B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re  Kenneth E Kanaszka, Sr. and Patricia A   ,       FILED      Case No.  19-17279-JNP

JEANNE A. NAUGHTON, CLERK

MAY 11 2023

U.S. BANKRUPTCY COURT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BY _____ DEPUTY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Tower DB VIII Trust 2018-1 | US Bank as Cust for Tower DB VIII Trust |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Tower DB VIII Trust 2018-1, PO Box 71540, Philadelphia PA 19176-1540

Court Claim # (if known): _____1_____
Amount of Claim:    $21,073.18
Date Claim Filed:    04/23/2019

Phone:  800-830-5485
Last Four Digits of Acct #:    5738

Phone:  800-830-5485
Last Four Digits of Acct. #:    5738

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date:  05/05/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Reset          Save As...          Print

ORIGIN ID:LKKA        (800) 830-5485
TOWER CAPITAL MANAGEMENT
TOWER CAPITAL MANAGEMENT
100 CAMPUS DRIVE
SUITE 100
FLORHAM PARK, NJ 07932
UNITED STATES US

SHIP DATE: 10MAY23
ACTWGT: 0.50 LB
CAD: 101861156/INET4610

BILL THIRD PARTY

TO  **MARIE FLYNN - CASE MANAGEMENT**
    **US BANKRUPTCY COURT**
    **401 MARKET STREET**

    **CAMDEN NJ 08101**
    (856) 361-2350            REF.
    INV:
    PO:                       DEPT:



FedEx
Express

THU - 11 MAY 4:30P
STANDARD OVERNIGHT

TRK#
0201   7721 0136 1269

**EE TKAA**          08101
         NJ-US       PHL



FedEx Ship Manager - Print Your Label(s)

RT 526    7    A
16:30   1269
ST 49         05.11

5/10/23, 11:06 AM