| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Kenneth & Patricia Kanaszka | Case No.: 19-17279<br>Chapter: 13<br>Judge: Jerrold N. Poslusny, Jr |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Kenneth Kanaszka__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/7/2023                                      /s/ Kenneth Kanaszka
                                                    Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Kenneth & Patricia Kanaszka

Case No.: 19-17279

Chapter: 13

Judge: Jerrold N. Poslusny, Jr

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Patricia Kanaszka_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/7/2023

/s/ Patricia Kanaszka
Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18