**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kenneth E Kanaszka Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6723<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia A Kanaszka<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6912<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–17279–JNP

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Kenneth E Kanaszka Sr.                              Patricia A Kanaszka
  aka Kenneth E Kanaszka

  9/19/23                                             **By the court:** Jerrold N. Poslusny Jr.
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-17279-JNP

Kenneth E Kanaszka, Sr.  Chapter 13

Patricia A Kanaszka

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2

Date Rcvd: Sep 19, 2023      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth E Kanaszka, Sr., Patricia A Kanaszka, 2 North Fork Road, Laurel Springs, NJ 08021-2825 |
| 518305420 | + | Assets Recovery 23 LLC., KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518174299 | | C&H Collection Services, PO Box 1399, Merchantville, NJ 08109-0399 |
| 518174300 | + | CCMUA, Po Box 1105, Bellmawr, NJ 08099-5105 |
| 518305421 | + | Camden County MUA, 1645 Ferry Ave., Camden, NJ 08104-1311 |
| 518174301 | | Cooper University Physicians, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518241087 | + | Gloucester Township Municipal Utilities Auth, Attn Leonard J. Wood, Esq., 1250 Chews Landing Road, Laurel Springs, NJ 08021-2816 |
| 518174302 | + | Gloucester Township Tax Office, 1261 Chew Landing-Clementon Road, PO Box 8, Blackwood, NJ 08012-0008 |
| 518174305 | + | Qual Ast Rec, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 518174307 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518174309 | | The Gloucester Township MUA, 401 W. Landing Road, PO Box 216, Glendora, NJ 08029-0216 |
| 519909455 | | Tower DB VIII Trust 2018-1, PO Box 71540, Philadelphia PA 19176-1540 |
| 519909456 | | Tower DB VIII Trust 2018-1, PO Box 71540, Philadelphia PA 19176-1540, Tower DB VIII Trust 2018-1, PO Box 71540 Philadelphia PA 19176-1540 |
| 518199278 | + | Township of Gloucester, 1261 Chews Landing Road, Laurel Springs, NJ 08021-2898 |
| 518197487 | | US Bank as Cust for Tower DB VIII Trust 2018-1, PO Box 645040, Cincinnati OH 45264-5040 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2023 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2023 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518276212 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2023 21:51:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518174303 | + | Email/Text: BKMAIL@planethomelending.com | Sep 19 2023 21:32:00 | Planet Home Lending, 10 Reseach Parkway, Wallingford, CT 06492-1963 |
| 518174304 | + | Email/Text: BKMAIL@planethomelending.com | Sep 19 2023 21:32:00 | Planet Home Lending, 321 Research Pkwy, Suite 303, Meriden, CT 06450-8342 |
| 518307804 | + | Email/Text: BKMAIL@planethomelending.com | Sep 19 2023 21:32:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 518174306 | ^ | MEBN | Sep 19 2023 21:32:37 | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 518174308 | + | Email/Text: legal-dept@cooperhealth.edu | Sep 19 2023 21:33:00 | The Cooper Health System, 1 Cooper Plaza, Camden, NJ 08103-1489 |

TOTAL: 8

Case 19-17279-JNP    Doc 41    Filed 09/21/23    Entered 09/22/23 00:24:26    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: 3180W | Total Noticed: 23 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank as Cust for Tower DB VIII Trust |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara J. Snavely | on behalf of Debtor Kenneth E Kanaszka Sr. jjresq1@comcast.net |
| Barbara J. Snavely | on behalf of Joint Debtor Patricia A Kanaszka jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor Assets Recovery 23 LLC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Assets Recovery 23 LLC. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7